IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

RANDY JOEL McDONALD,

    Petitioner,

v.                                                            2:24-CV-64-Z-BR

STATE OF TEXAS,

    Respondent.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss this case for failure to prosecute. No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. ECF No. 7. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and this case is hereby **DISMISSED** without prejudice.

**SO ORDERED**.

July 15, 2024.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE